IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30034
Summary Calendar
_____


CLARENCE H. BLANCHARD,

                                      Plaintiff-Appellant,


versus

TULANE UNIVERSITY MEDICAL CENTER
HOSPITAL AND CLINIC; ET AL.,

                                      Defendants,

TULANE UNIVERSITY MEDICAL CENTER

                                      Defendant-Appellee


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-683
- - - - - - - - - -
August 21, 1997
Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

     Clarence H. Blanchard appeals from the magistrate judge's

grant of summary judgment, dismissing his claim filed pursuant to

the Americans with Disability Act (ADA), 42 U.S.C. §§ 12101-117.

He argues that a genuine issue of fact exists with regard to

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

whether he is a qualified individual within the meaning of the ADA and whether Tulane failed to accomodate him.  We have reviewed the record and briefs on appeal and find no reversible error.  Accordingly, we AFFIRM for the reasons stated by the magistrate judge.  See Blanchard v. Tulane University Medical Center Hospital and Clinic, No. 95-CV-683 (E.D. La. Dec. 9, 1996).

AFFIRMED.